UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

NINA KINDER, an individual,
IRVING KINDER, an individual,

    Plaintiffs,

      vs.                                Case No. 2:11-cv-00315-CEH-SPC

PUNTA GORDA HMA, LLC,
a Florida limited liability company,
HEALTH MANAGEMENT ASSOCIATES, INC.,
a foreign profit corporation,

    Defendants.
_____/

## PARTIES' JOINT NOTICE OF SETTLEMENT

      Pursuant to Local Rule 3.08 for the U.S. District Court of the Middle District of Florida, the Parties hereby advise the Court that a settlement has been reached in this matter and that the Consent Decree to be executed by the Parties and filed with the Court has resolved all claims in this action.

| | |
|---|---|
| **/s/ Charles Ferguson** | **/s/ Jaime Maurer** |
| Charles Ferguson | Denise Wheeler |
| Florida Bar No. 741531 | Florida Bar No. 0017809 |
| de la O, Marko, Magolnick & Leyton | dwheeler@ralaw.com |
| 3001 S.W. 3rd Avenue | Jaime Maurer |
| Miami, FL 33129 | Florida Bar No. 0033313 |
| Telephone: 305.285.2000 | jmaurer@ralaw.com |
| Facsimile: 305.285.5555 | Roetzel & Andress, LPA |
| Attorneys for Plaintiffs | 2320 First Street |
| | Suite 1000 |
| | Fort Myers, FL 33901-2904 |
| | Telephone: 239.337.3850 |
| | Facsimile: 239.337.0970 |
| | Attorneys for Defendants |