UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

NINA KINDER, an individual,
IRVING KINDER, an individual,

    Plaintiffs,

      vs.                          Case No. 2:11-cv-00315-CEH-SPC

PUNTA GORDA HMA, LLC,
a Florida limited liability company,
HEALTH MANAGEMENT ASSOCIATES, INC.,
a foreign profit corporation,

    Defendants.
_____/

**PARTIES' JOINT NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS AND REQUEST FOR RETENTION OF JURISDICTION**

      Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs, IRVING KINDER and NINA KINDER (the "Plaintiffs"), and Defendants, PUNTA GORDA HMA, LLC, and HEALTH MANAGEMENT ASSOCIATES, INC. (the "Defendants"), hereby file this Joint Notice of Dismissal with Prejudice governing the claims filed against the Defendants. The Plaintiffs and Defendants have reached a settlement governing all of Plaintiffs' claims against the Defendants, and have mutually agreed to seek an order dismissing all pending claims against the Defendants with prejudice. The parties have also reached an agreement on damages, fees, and costs.

      In addition, the parties respectfully request that this Court retain jurisdiction in order to enforce the terms of the settlement agreement between Plaintiffs and Defendants. *See* Consent Decree and Order (attached hereto as Exhibit 1). The

retention of jurisdiction, which is contemplated in paragraph 19 of the Consent Decree, is appropriate where compliance with the Consent Decree requires the successful implementation of a policy that implicates the rights of disabled patients under federal law.  Moreover, the implementation and training on the policy will involve a significant number of hospital personnel, including the orientation of new hires.  However, before Plaintiffs can move for enforcement of the Consent Decree with the Court, the parties must first adhere to the dispute mechanism set forth in paragraph 16.  For the reasons set forth above, the parties respectfully request that this Honorable Court enter the attached Order dismissing this case with prejudice and retaining jurisdiction to enforce the terms of the Consent Decree.

Respectfully submitted,

| | |
|---|---|
| **/s/ Charles Ferguson** | **/s/ Jaime Maurer** |
| Charles Ferguson, | Denise Wheeler |
| Florida Bar No. 741531 | Florida Bar No. 0017809 |
| de la O, Marko, Magolnick & Leyton | dwheeler@ralaw.com |
| 3001 S.W. 3rd Avenue | Jaime Maurer |
| Miami, FL 33129 | Florida Bar No. 0033313 |
| Telephone: 305.285.2000 | jmaurer@ralaw.com |
| Facsimile: 305.285.5555 | Roetzel & Andress, LPA |
| Attorneys for Plaintiffs | 2320 First Street |
| | Suite 1000 |
| | Fort Myers, FL 33901-2904 |
| | Telephone: 239.337.3850 |
| | Facsimile: 239.337.0970 |
| | Attorneys for Defendants |